UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CR-80208-AMC

UNITED STATES OF AMERICA

vs.

KENNETH WAYNE BROWN III,

Defendant.
_______________________________/

## FACTUAL PROFFER

The United States of America and Defendant Kenneth Wayne Brown, III (hereinafter "Defendant"), agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt and that these facts satisfy the elements of Count 1 of the superseding indictment charging the Defendant with distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1), as outlined below.

## ELEMENTS

### Distribution of Child Pornography

First: the Defendant knowingly distributed an item or items of child pornography;

Second: the items of child pornography had been transported or shipped in interstate or foreign commerce including by computer; and

Third: when the Defendant distributed the items, the Defendant believed the items contained child pornography.

## STIPULATED FACTS

In August 2025, local law enforcement received information about a potential distributor of child sexual abuse material (CSAM) using Telegram, an online mobile messaging application.

In November 2025, Telegram provided law enforcement with account information for the potential distributor of CSAM, including username @Bbbbbbb139b, telephone number ***-***-5589 (the 5589 Number), and IP address 73.56.40.13.

On or about November 19, 2025, an FBI undercover employee (UCE) located in the Southern District of Florida began communicating with Telegram user @Bbbbbbb139b, later identified as the Defendant. In the communications, the Defendant and the UCE discussed the process of buying child pornography and had the following conversation:

| Sender | Message |
| --- | --- |
| UCE | What's up??<br>U sellin or no? I lik them yung tho |
| Defendant | Yea I'm selling |
| UCE | What the yungest u got? |
| Defendant | Idk probably 7 |
| UCE | Cool<br>How much? |
| UCE | No babies mayb toddler u? |
| Defendant | 30$ for 100 vids<br>10$ for 30 vids<br>20$ for 50 vids<br>40$ for 200<br>50$ for 300<br>60$ for 400<br>70$ for 500<br>80$ for 600<br>90$ for 700<br>100$ for 800 |

Prior to the sale, the Defendant sent a sample video of child pornography which was approximately 24 seconds in duration that depicted a prepubescent minor female providing oral sex on an adult male penis. The Defendant subsequently provided a PayPal account of BillWilliams722 for payment.

The UCE and BROWN agreed to $30.00 for approximately 200 videos of child

pornography. After the UCE sent the $30.00 payment to the Defendant's PayPal account, the Defendant sent approximately 240 videos of child pornography to the UCE via the Telegram chat. For example, one video, approximately 17 seconds in duration, depicted a prepubescent minor female who was restrained in handcuffs, leg cuffs, neck brace and a blind fold while being vaginally penetrated by an adult male penis.

Records provided by PayPal revealed that the account bearing username BillWilliams722 was registered to the 5589 Number. Records provided by Comcast revealed that IP address 73.56.40.13 was affiliated with the Defendant's home address in West Palm Beach, Florida.

During a post-*Miranda* interview, Defendant admitted that the phone number for his cellular device is the 5589 Number.

Defendant admits he was the user of Telegram account @Bbbbbbb139b and that he knowingly distributed items of child pornography that were transported or shipped in interstate or foreign commerce, including by computer. He further admits that when he distributed the items, he believed the items contained child pornography.

These facts do not constitute all facts known to the parties, but are offered merely to provide a factual basis for Count 1 of the superseding indictment to which the Defendant is pleading guilty.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 6/26/26 By: Katie Wilson
KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY

Date: 6/26/26 By: ________________
SCOTT BERRY
ATTORNEY FOR DEFENDANT

Date: 6/26/26 By: Kenneth Brown
KENNETH WAYNE BROWN, III
DEFENDANT